MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, CA  94105
    Telephone: 415-977-8978
    Facsimile: 415-744-0134
    Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

WILLIAM JOSEPH VIDAK,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

Case No. 10-CV-02637 JL

[~~PROPOSED~~] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND TWO HUNDRED

///

///

1

1  DOLLARS ($5,200.00), and FOUR HUNDRED FIFTY TWO DOLLARS and 49/100's
2  ($452.49) in costs, as authorized by 28 U.S.C. §§ 1920, 2412(d), and subject to the terms
3  and conditions of the Stipulation.

5  DATE: 5-3-11

                                      HONORABLE JAMES LARSON
                                      U.S. MAGISTRATE JUDGE